

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Chastity Lucas, Appellant

No. 06-23-00069-CV          v.

William K. Gleason, as Executor of the
Estate of Robert Wallace Despain,
Pollyanna Despain, Debbie Sue Vincent,
Michael Thomas Vincent, and Daniel Lee
Vincent, Appellee

Appeal from the 115th District Court of
Marion County, Texas (Tr. Ct. No.
2200085). Memorandum Opinion
delivered by Justice van Cleef, Chief
Justice Stevens and Justice Rambin
participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We further order that the appellant, Chastity Lucas, pay all costs incurred by reason of this appeal.

RENDERED OCTOBER 19, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk